# FIRST DISTRICT COURT OF APPEAL
# STATE OF FLORIDA

———————————————————

No. 1D18-3622

———————————————————

TONY PAUL HENDERSON,

Appellant,

v.

STATE OF FLORIDA,

Appellee.

———————————————————

On appeal from the Circuit Court for Walton County.
Kelvin C. Wells, Judge.

March 11, 2019

PER CURIAM.

AFFIRMED.

LEWIS, ROWE, and MAKAR, JJ., concur.

———————————————————

***Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.***

———————————————————

Tony Paul Henderson, pro se, Appellant.

Ashley B. Moody, Attorney General, and Holly N. Simcox, Assistant Attorney General, Tallahassee, for Appellee.